770 A.2d 1155

IN THE MATTER OF CONRAD J. BENEDETTO,
AN ATTORNEY AT LAW.

May 9, 2001.

### O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 00–022 concluding pursuant to *Rule* 1:20–13(c), that **CONRAD J. BENEDETTO** of **MARLTON,** who was admitted to the bar of this State in 1983, should be reprimanded on the basis of respondent's conviction in South Carolina of a misdemean-

or offense for practicing law in that state without a license to do so, conduct in violation of *RPC* 5.5(a), and good cause appearing;

It is ORDERED that **CONRAD J. BENEDETTO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.